THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MAYSONET, Also Known as JULE FUTRELL, Appellant. [830 NYS2d 684]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered April 13, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a forged instrument in the second degree (Penal Law § 170.25). Although the contention of defendant that his plea was not knowing, voluntary or intelligent survives his waiver of the right to appeal (*see People v Bland*, 27 AD3d 1052 [2006], *lv denied* 6 NY3d 892 [2006]), defendant failed to preserve that contention for our review by moving to withdraw the plea or to vacate the judg-

ment of conviction (*see People v Aguayo*, 37 AD3d 1081 [2007]; *People v Flowers*, 31 AD3d 1212 [2006], *lv denied* 7 NY3d 848 [2006]). This case does not fall within the rare exception to the preservation requirement set forth in *People v Lopez* (71 NY2d 662, 666 [1988]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.